RICHARD G. HILL, ESQ.
State Bar No. 596
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
rhill@richardhillaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCELLA WALTERS,<br><br>                          Plaintiff,<br>v.<br><br>BO HENRIK LARSSON, also known as BO LARSSON,<br><br>                          Defendant. | Case No.: 3:18-cv-00377-WGC |

**ORDER AND STIPULATION**

Plaintiff and defendant stipulate and agree as follows:

Recitals:

The parties have settled all claims of all parties in this case. Generally, the defendant has agreed to execute a modified deed upon death as provided for in NRS 111.655, with the document to also serve as a non-probate transfer of the real property at issue in this case (2998 Brookdale Court, Reno, Nevada 89523, Washoe County Assessor Parcel No. 204-072-07) as provided in NRS 111.700, et seq; with the document to further serve as a contract to make a will. Among other things, the document modifies the definition of "death" as it pertains to defendant and his right to possession of the property.

///

///

Defendant has agreed to pay all taxes, properly maintain, and fully insure, the property for so long as he occupies the property. The parties have agreed to a permanent injunction, without any security, as a means to prevent irreparable harm to plaintiff and because a monetary award in the event of a breach by defendant would be impossible to quantify, making plaintiff's remedies at law inadequate. The parties have agreed to trial by the assigned Magistrate and that save and except for the agreed upon injunction entered below (without any requirement for security), all claims of all parties are to be dismissed, with prejudice, with each party to bear their own fees and costs.

NOW THEREFORE, in consideration of the execution of this stipulation, the parties' settlement agreement, and other good and valuable consideration, the receipt, adequacy and sufficiency of which are all acknowledged, the parties stipulate and agree:

1. The foregoing recitals are true and correct and are adopted and ratified by each party.

2. Defendant, and those acting in concert with him (hereinafter "Defendant"), are enjoined from acting, or omitting to act, so as to revoke, avoid, limit, or frustrate any provision of the modified Deed upon Death which is incorporated by this reference. Defendant shall not alienate any interest in the above-described property, and shall not encumber it, or allow any lien against the property, either voluntarily or by operation of law. Defendant and plaintiff both are ordered to honor the terms and conditions of the parties' settlement agreement and the modified deed upon death.

3. Defendant is enjoined from doing any act, or omission to act, that would have the effect of revoking, voiding, challenging, limiting, delaying, frustrating, or interfering in the operation of the modified deed upon death or the parties' settlement agreement. That includes that Defendant shall honor and comply with the modification of "death" as set forth in the Deed upon Death, including breaching his agreed upon duties or vacating the property for 90 days or more.

///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(776) 348-0858

4. Plaintiff shall not be required to post any security as a condition of the foregoing injunction.

5. All claims of all parties are dismissed, with prejudice, with each party to pay their own fees and costs.

IT IS SO STIPULATED.

_____
MARCELLA WALTERS
Dated: Feb 28, 2019

RICHARD G. HILL, LTD.

_____
RICHARD G. HILL, ESQ.
State Bar No. 596
652 Forest Street
Reno, Nevada 89509
Attorneys for Plaintiff

Dated: March 11, 2019

_____
BO LARSSON, also known as
BO HENRIK LARSSON

Dated: _____

_____
M. JEROME WRIGHT, ESQ.
State Bar No. 463
326 West Liberty Street
Reno, Nevada 89501
Attorney for Defendant

Dated: _____

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

4. Plaintiff shall not be required to post any security as a condition of the foregoing injunction.

5. All claims of all parties are dismissed, with prejudice, with each party to pay their own fees and costs.

IT IS SO STIPULATED.

RICHARD G. HILL, LTD.

_____
MARCELLA WALTERS
Dated: _____

_____
RICHARD G. HILL, ESQ.
State Bar No. 596
652 Forest Street
Reno, Nevada 89509
Attorneys for Plaintiff

Dated: _____

*/s/ Bo Larsson/*
_____
BO LARSSON, also known as
BO HENRIK LARSSON
Dated: 26 Feb.-2019

*/s/ M. Jerome Wright/*
_____
M. JEROME WRIGHT, ESQ.
State Bar No. 463
326 West Liberty Street
Reno, Nevada 89501
Attorney for Defendant
Dated: 26 FEB. 20B

### ORDER

Upon the stipulation of the parties and their counsel, and other good cause appearing,

IT IS SO ORDERED.

DATED: March 13, 2019.

*/s/ William G. Cobb/*
_____
UNITED STATES MAGISTRATE JUDGE

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858